**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR141** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELLIE MILLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Ellie Mills (Mills) for release from detention (Filing No. 44). After reviewing the Pretrial Services report, Mills's criminal and substance abuse history, and the substance abuse evaluation submitted in connection with this motion, the motion for release (Filing No. 44) is denied.

**IT IS SO ORDERED.**

DATED this 15th day of July, 2009.

                                                        BY THE COURT:

                                                        s/Thomas D. Thalken
                                                       United States Magistrate Judge