IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR141 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ELLIE MILLS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue by defendant Ellie Mills (Mills) (Filing No. 63). Mills seeks a continuance of the trial of this matter which is scheduled for August 10, 2009. Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 7th day of August, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge